In the Matter of the Claims of JESSIE I. McKINNON et al., Appellants, against THE KINSMAN TRANSIT COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued October 5, 1934; decided October 23, 1934.)

*Edward B. Murphy* for claimants-appellants.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *John R. O'Hanlon* of counsel), for State Industrial Board, appellant.

*Wallace H. Miller* for respondents.

Order affirmed, with one bill of costs against appellants. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.